Catherine L. Brabson, #6500
Margaret D. Plane, #9550
Salt Lake City Attorney's Office
451 South State Street, Suite 505A
P.O. Box 145478
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
catherine.brabson@slcgov.com
margaret.plane@slcgov.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| TYSON POWERS, individually and as personal representative of the estate of ALLEN KEITH NELSON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID CAMPBELL, SLC Police Officer; AUSTIN GOLD, SLC Police Officer; SALT LAKE CITY, a Municipality; JOHN and/or JANE DOE POLICE SUPERVISORS 1-10, Salt Lake City Police Department Supervisors,<br><br>Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br><br><br><br>Civil No. 2:12-cv-00851 DN<br><br><br><br><br><br>Judge David Nuffer |

  COMES NOW, Plaintiffs and Defendants, by and through their counsel of record, and submit this Stipulated Motion to Dismiss that above entitled matter be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs incurred for this matter.  The proposed

Order Based Upon Stipulated Motion To Dismiss With Prejudice is attached hereto as Exhibit A and by this reference incorporated hereto.

DATED this 31st day of January, 2014.

/s/ Robert B. Sykes
ROBERT B. SYKES
Attorney for Tyson Powers

DATED this 31st day of January, 2014.

/s/ Catherine L. Brabson
CATHERINE L. BRABSON
Attorney for Salt Lake City Corporation

HB #35785