Catherine L. Brabson, #6500
Margaret D. Plane, #9550
Salt Lake City Attorney's Office
451 South State Street, Suite 505A
P.O. Box 145478
Salt Lake City, Utah 84114-5478
Telephone: (801) 535-7788
Facsimile: (801) 535-7640
catherine.brabson@slcgov.com
margaret.plane@slcgov.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| TYSON POWERS, individually and as personal representative of the estate of ALLEN KEITH NELSON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID CAMPBELL, SLC Police Officer; AUSTIN GOLD, SLC Police Officer; SALT LAKE CITY, a Municipality; JOHN and/or JANE DOE POLICE SUPERVISORS 1-10, Salt Lake City Police Department Supervisors,<br><br>Defendants. | **ORDER BASED UPON STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br><br>Civil No. 2:12-cv-00851 DN<br><br><br><br>Judge David Nuffer |

Based upon the Stipulated Motion to Dismiss, and for good cause appearing,

IT IS HEREBY ORDERED that the above entitled action be dismissed with prejudice.

Each party is to bear their own attorneys' fees and costs incurred for this matter.

DATED this _____ day of January, 2014.

---------------------------------------------
JUDGE DAVID NUFFER

APPROVED AS TO FORM:

 /s/ Robert B. Sykes
ROBERT B. SYKES
Attorney for Tyson Powers
DATED this 31st day of January, 2014.

HB #35787